HARRY FISCHEL, Respondent, *v.* LOUIS LESE, Appellant, Impleaded with Others.

*Fischel* v. *Lese*, 135 App. Div. 921, affirmed.
(Argued April 5, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*John D. Connolly, Jr.,* for appellant.

*J. A. Seidman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.